1  **ROCKARD J. DELGADILLO**, City Attorney - **SBN 125465x**
   **MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2  **CORY M. BRENTE**, Supervising Assistant City Attorney
   **COLLEEN R. SMITH**, Deputy City Attorney - **SBN 209719**
3  colleen.smith@lacity.org
   6th Floor, City Hall East
4  200 North Main Street
   Los Angeles, CA  90012
5  Phone No.: (213) 978-7027, Fax No.: (213) 978-8785

6  *Attorneys for Defendants* **CITY OF LOS ANGELES**, a municipal corporation, and
   **CHIEF WILLIAM BRATTON**
7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 CANGRESS, a non-profit corporation, DARREN "PETE" WHITE, STEVE 12 RICHARDSON,<br><br>13                    Plaintiffs,<br><br>14        vs.<br><br>15 CITY OF LOS ANGELES, a municipal entity, CHIEF WILLIAM BRATTON, 16 SGT.  ZUNIGA,  SGT,  STIGER, OFFICER BHARADWAJA, OFFICER 17 HALTERMAN, OFFICER POPHAM, OFFICER  RIOJAS,  OFFICER 18 FINNEGAN,  OFFICER  LANDRY, OFFICER VALENZUELA, OFFICER 19 SUA, OFFICER GREEN and DOES 1-10, all in their official and individual 20 capacities,<br><br>21                  Defendants. | CASE NO.: CV08-01191 DDP (MANx)<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES AND CHIEF WILLIAM BRATTON TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL**<br><br><br><br><br><br>Judge: Hon. Dean D. Pregerson<br><br>Magistrate: Hon. Margaret A. Nagle |
| --- | --- |

22

23        Defendants CITY OF LOS ANGELES AND CHIEF WILLIAM BRATTON

24  answering the Complaint for themselves and for no other parties, admit, deny and allege

25  as follows:

26               **"JURISDICTION AND VENUE"**

27        1.    Defendants admit that the Complaint purports to allege a cause of action

28  based on federal law, and therefore, the federal courts properly have jurisdiction over this

2:08-cv-01191-DDP-RZ   Document 5   Filed 04/08/08   Page 2 of 11   Page ID #:30

matter.

2. Defendants admit that venue is proper in the United States District Court for the Central District of California.

**"STATEMENT OF FACTS"**

3. Answering paragraph 3, Defendants deny the allegations contained therein.

4. Answering paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5. Answering paragraph 5, Defendants admit that Plaintiff White was arrested. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer them, and on that basis deny the allegations.

6. Answering paragraph 6, Defendants admit that Plaintiff White was arrested. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer them, and on that basis deny the allegations.

7. Answering paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants admit that Plaintiff White was arrested for violation of Vehicle Code section 40302(b). As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer them, and on that basis deny the allegations.

10. Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

2

1    11.    Answering paragraph 11, Defendants lack sufficient information and belief
2    upon which to answer the allegations contained therein, and on that basis deny the
3    allegations.

4    12.    Answering paragraph 12, Defendants lack sufficient information and belief
5    upon which to answer the allegations contained therein, and on that basis deny the
6    allegations.

7    13.    Answering paragraph 13, Defendants lack sufficient information and belief
8    upon which to answer the allegations contained therein, and on that basis deny the
9    allegations.

10

11                                **"PARTIES"**

12    14.    Answering paragraph 14, Defendants lack sufficient information and belief
13    upon which to answer the allegations contained therein, and on that basis deny the
14    allegations.

15    15.    Answering paragraph 15, Defendants admit that Plaintiff White was arrested
16    on February 1, 2008.  As to the remaining allegations, Defendants lack sufficient
17    information and belief upon which to answer them, and on that basis deny the
18    allegations.

19    16.    Answering paragraph 16, Defendants admit that Plaintiff Richardson was
20    cited on February 1, 2008 for crossing on a "don't walk" signal.  As to the remaining
21    allegations, Defendants lack sufficient information and belief upon which to answer
22    them, and on that basis deny the allegations.

23    17.    Answering paragraph 17, Defendants admit that the City of Los Angeles is
24    a municipal corporation.

25    18.    Answering paragraph 18, Defendants admit that William J. Bratton is the
26    Chief of the Los Angeles Police Department.  As to the remaining allegations,
27    Defendants deny them.

28    / / /

                                     3

19.    Answering paragraph 19, Defendants admit that Sergeant Zuniga is a supervisor with the Los Angeles Police Department and that he responded to the subject scene on February 1, 2008.  As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.    Answering paragraph 20, Defendants admit that Sergeant Stiger is a supervisor with the Los Angeles Police Department and that he responded to the subject scene on February 1, 2008.  As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21.    Answering paragraph 21, Defendants admit that Officer Bharadwaja is an officer with the Los Angeles Police Department, that Officer Bharadwaja arrested Plaintiff White and that Officer Bharadwaja transported Plaintiff White to the police station.  As to the remaining allegations, Defendants deny them.

22.    Answering paragraph 22, Defendants admit that Officer Halterman is an officer with the Los Angeles Police Department, that Officer Halterman arrested Plaintiff White and that Officer Halterman transported Plaintiff White to the police station.  As to the remaining allegations, Defendants deny them.

23.    Answering paragraph 23, Defendants admit that Officer Popham is an officer with the Los Angeles Police Department and that Officer Popham detained Plaintiff Richardson.  As to the remaining allegations, Defendants deny them.

24.    Answering paragraph 24, Defendants admit that Officer Riojas is an officer with the Los Angeles Police Department.  As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25.    Answering paragraph 25, Defendants admit that Officer Finnegan is an officer with the Los Angeles Police Department.  As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations

4

1  contained therein, and on that basis deny the allegations.

2      26.    Answering paragraph 26, Defendants admit that Officer Landry is an officer
3  with the Los Angeles Police Department.  As to the remaining allegations, Defendants
4  lack sufficient information and belief upon which to answer the allegations contained
5  therein, and on that basis deny the allegations.

6      27.    Answering paragraph 27, Defendants admit that Officer Valenzuela is an
7  officer with the Los Angeles Police Department.  As to the remaining allegations,
8  Defendants lack sufficient information and belief upon which to answer the allegations
9  contained therein, and on that basis deny the allegations.

10     28.    Answering paragraph 28, Defendants admit that Officer Sua is an officer
11  with the Los Angeles Police Department.  As to the remaining allegations, Defendants
12  lack sufficient information and belief upon which to answer the allegations contained
13  therein, and on that basis deny the allegations.

14     29.    Answering paragraph 29, Defendants admit that Officer Green is an officer
15  with the Los Angeles Police Department and that Officer Green detained Plaintiff
16  Richardson . As to the remaining allegations, Defendants lack sufficient information and
17  belief upon which to answer the allegations contained therein, and on that basis deny the
18  allegations.

19     30.    Answering paragraph 30, Defendants lack sufficient information and belief
20  upon which to answer the allegations contained therein, and on that basis deny the
21  allegations.

22

23                        **"GENERAL ALLEGATIONS"**

24     31.    Answering paragraph 31, Defendants deny the allegations contained therein.

25     32.    Answering paragraph 32, Defendants deny the allegations contained therein.

26     33.    Answering paragraph 33, Defendants admit that the Defendant Los Angeles
27  Police Department Officers are employees of the City of Los Angeles.  As to the
28  remaining allegations, Defendants lack sufficient information and belief upon which to

                                    5

1    answer the allegations contained therein, and on that basis deny the allegations.

2        34.    Answering paragraph 34, Defendants deny the allegations contained therein.

3        35.    Answering paragraph 35, which incorporates by reference the allegations
4    of other paragraphs of the pleading, Defendants to the same extent incorporate by
5    reference the answers provided herein to those paragraphs.

6        36.    Answering paragraph 36, Defendants deny the allegations contained therein.

7        37.    Answering paragraph 37, Defendants deny the allegations contained therein.

8        38.    Answering paragraph 38, Defendants deny the allegations contained therein.

9        39.    Answering paragraph 39, which incorporates by reference the allegations
10    of other paragraphs of the pleading, Defendants to the same extent incorporate by
11    reference the answers provided herein to those paragraphs.

12        40.    Answering paragraph 40, Defendants deny the allegations contained therein.

13        41.    Answering paragraph 41, Defendants deny the allegations contained therein.

14        42.    Answering paragraph 42, Defendants deny the allegations contained therein.

15        43.    Answering paragraph 43, which incorporates by reference the allegations
16    of other paragraphs of the pleading, Defendants to the same extent incorporate by
17    reference the answers provided herein to those paragraphs.

18        44.    Answering paragraph 44, Defendants deny the allegations contained therein.

19        45.    Answering paragraph 45, Defendants lack sufficient information and belief
20    upon which to answer the allegations contained therein, and on that basis deny the
21    allegations.

22        46.    Answering paragraph 46, Defendants deny the allegations contained therein.

23        47.    Answering paragraph 47, Defendants admit that they dispute Plaintiffs'
24    contentions.

25        48.    Answering paragraph 48, no factual allegations are set forth therein, thus
26    this paragraph goes unanswered.

27        49.    Answering paragraph 49, Defendants deny the allegations contained therein.
28    / / /

1      50.    Answering paragraph 50, which incorporates by reference the allegations
2  of other paragraphs of the pleading, Defendants to the same extent incorporate by
3  reference the answers provided herein to those paragraphs.

4      51.    Answering paragraph 51, Defendants deny the allegations contained therein.

5      52.    Answering paragraph 52, Defendants deny the allegations contained therein.

6      53.    Answering paragraph 53, Defendants deny the allegations contained therein.

7      54.    Answering paragraph 54, which incorporates by reference the allegations
8  of other paragraphs of the pleading, Defendants to the same extent incorporate by
9  reference the answers provided herein to those paragraphs.

10     55.    Answering paragraph 55, Defendants deny the allegations contained therein.

11     56.    Answering paragraph 56, Defendants deny the allegations contained therein.

12     57.    Answering paragraph 57, Defendants deny the allegations contained therein.

13     58.    Answering paragraph 58, which incorporates by reference the allegations
14 of other paragraphs of the pleading, Defendants to the same extent incorporate by
15 reference the answers provided herein to those paragraphs.

16     59.    Answering paragraph 59, Defendants deny the allegations contained therein.

17     60.    Answering paragraph 60, Defendants deny the allegations contained therein.

18     61.    Answering paragraph 61, Defendants deny the allegations contained therein.

19     3. (should be 62) Answering paragraph 3, which incorporates by reference the
20 allegations of other paragraphs of the pleading, Defendants to the same extent
21 incorporate by reference the answers provided herein to those paragraphs.

22     4. (should be 63) Answering paragraph 4, Defendants deny the allegations
23 contained therein.

24     5. (should be 64) Answering paragraph 5, Defendants deny the allegations
25 contained therein.

26     6. (should be 65)  Answering paragraph 6, which incorporates by reference the
27 allegations of other paragraphs of the pleading, Defendants to the same extent
28 incorporate by reference the answers provided herein to those paragraphs.

7

1     7. (should be 66) Answering paragraph 7, Defendants deny the allegations
2  contained therein.

3     8. (should be 67) Answering paragraph 8, Defendants deny the allegations
4  contained therein.

5

6                    **AFFIRMATIVE DEFENSES**

7     As separate and distinct affirmative defenses, defendants allege each of the
8  following:

9     1.    The action is barred for lack of standing to sue.

10    2.    The action is barred by the doctrine of res judicata.

11    3.    As to the federal claims and theories of recovery, the answering defendants
12 are protected from liability under the doctrine of qualified immunity, because
13 defendants' conduct did not violate clearly established statutory or constitutional rights
14 of which a reasonable person would have known.

15    4.    Defendant City of Los Angeles and all defendants sued in their official
16 capacities are immune from the imposition of punitive damages.

17    5.    Defendants are immune from liability pursuant to the provisions of each of
18 the following California statutes, each of which is set forth as a separate and distinct
19 affirmative defense:

20        Government Code §§ 815.2; 818; 820.2; 820.4; 820.6; 821.6; 845

21

22        WHEREFORE, defendants pray for judgment as follows:

23        1.    That plaintiffs take nothing by this action;

24        2.    That the action be dismissed;

25        3.    That defendants be awarded costs of suit;

26  / / /

27  / / /

28  / / /

8

1            4.     That defendants be awarded other and further relief as the Court may

2 deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

3

4 DATED: April 8, 2008          **ROCKARD J. DELGADILLO**, City Attorney
**MICHAEL L. CLAESSENS**, Mng. Asst. City Attorney

5                     **CORY M. BRENTE**, Supv Assistant City Attorney
**COLLEEN R. SMITH**, Deputy City Attorney

6

7                 By:

8                       **COLLEEN R. SMITH, Deputy City** Attorney
Attorneys for Defendants **CITY OF LOS ANGELES**
and **CHIEF WILLIAM BRATTON**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DEMAND FOR JURY TRIAL**

2
Defendants hereby demand and request a trial by jury in this matter.

3

4

5
DATED: April 8, 2008

**ROCKARD J. DELGADILLO**, City Attorney
6
**MICHAEL L. CLAESSENS**, Mng. Asst. City Attorney
**CORY M. BRENTE**, Supv Assistant City Attorney
**COLLEEN R. SMITH**, Deputy City Attorney
7

8
By: _____

9
**COLLEEN R. SMITH**, Deputy City Attorney
Attorneys for Defendants **CITY OF LOS ANGELES**
and **CHIEF WILLIAM BRATTON**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

**CANGRESS, et al. v. CITY OF LOS ANGELES, et al.**
**USDC Case No. CV08-01191 AHM (MANx)**

I, RUTH PARKHURST, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On April 8, 2008, I served the foregoing document(s) described as:

**ANSWER OF DEFENDANTS CITY OF LOS ANGELES AND**
**CHIEF WILLIAM BRATTON TO PLAINTIFF'S COMPLAINT;**
**DEMAND FOR JURY TRIAL**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at Los Angeles, California, addressed to:

| | |
|---|---|
| Carol A. Sobel, Esq. | Rebecca F. Thornton, Esq. |
| LAW OFFICE OF CAROL A. SOBEL | LAW OFFICE OF REBECCA F. THORNTON |
| 429 Santa Monica Blvd., Ste. 550 | 429 Santa Monica Blvd., Ste. 550 |
| Santa Monica, CA 90401 | Santa Monica, CA 90401 |
| (310) 393-3055 | (310) 393-3055 |
| (310) 393-3605  Fax | (310) 393-3605  Fax |
| carolsobel@aol.com | rebecca@humanrightsesq.com |
| *Plaintiffs* CANGRESS, a non-profit corporation, DARREN "PETE" WHITE, STEVE RICHARDSON | *Plaintiffs* CANGRESS, a non-profit corporation, DARREN "PETE" WHITE, STEVE RICHARDSON |

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 8, 2008, at Los Angeles, California.

_____
RUTH PARKHURST, Declarant