UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-01191-DDP(RZx) | Date | JUNE 21, 2010 |
|---|---|---|---|
| Title | CANGRESS, E AL. v. CITY OF LOS ANGELES, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol A. Sobel | Colleen E. Smith<br>Cory Brente |

**Proceedings:**   HRG: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiffs' Motion to Compel Production of Documents is granted in part and denied in part for the reasons stated on the record. No further order shall issue.

|   | : | 15 |
|---|---|---|
|   | Initials of Preparer | igb |