# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-01191-DDP(RZx) | Date | September 7, 2010 |
|---|---|---|---|
| Title | CANGRESS, ET AL. v. CITY OF LOS ANGELES, ET AL. | | |

Present: The Honorable   RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol A. Sobel | Colleen R. Smith |
| | Cory M. Brente |

**Proceedings:**   HRG: 1) PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS
  2) DEFENDANTS' MOTION TO COMPEL PRODUCTION OF VIDEOS

Plaintiff's Motion to Compel Production of Documents is denied for the reasons stated on the record. No further order shall issue.

Defendants' Motion to Compel production of Videos is taken under submission.

: 20

Initials of Preparer   igb