UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 08-01191 DDP (RZx)** | Date | **September 7, 2010** |
|---|---|---|---|
| Title | **CANGRESS, ET AL. v. CITY OF LOS ANGELES, ET AL.** | | |

| Present: The Honorable | **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE** |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   (In Chambers)
DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE VIDEOS IDENTIFIED IN PLAINTIFFS' PRIVILEGE LOG

The motion is denied. The Court concludes that the materials listed on the log were prepared in anticipation of litigation. While the Defendants cannot obtain the videos in any other way, they have not shown that they have a substantial need for them sufficient to overcome the immunity provided by the work-product doctrine.

:
Initials of Preparer    igb