JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANGRESS, a non-profit corporation, DARREN "PETE" WHITE, STEVE RICHARDSON<br><br>PLAINTIFF(S),<br>v.<br>CITY OF LOS ANGELES, a municipal entity, CHIEF WILLIAM BRATTON, SGT. ZUNIGA, SGT. STIGER, OFFICER BHARADWAJA, OFFICER HALTERMAN, OFFICER POPHAM, OFFICER RIOJAS, OFFICER FINNEGAN, OFFICER LANDRY, OFFICER VALENZUELA, OFFICER SUA, OFFICER GREEN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 08-01191 DDP (RZx)<br><br><br>JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S) |

This action having been tried before the Court sitting with a jury, the Honorable Dean D. Pregerson, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

Dated: March 17, 2011

                                        CLERK, U.S. DISTRICT COURT

                                        By: John Chambers, Deputy Clerk